United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 4, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-60973
_____

PATRICIA EVANS MITCHELL

                    Plaintiff - Appellee-Cross-Appellant

    v.

GENLYTE THOMAS GROUP LLC, doing business as Day-Brite Lighting Inc

                    Defendant - Appellant-Cross-Appellee

Appeals from the United States District Court for the
Northern District of Mississippi, Aberdeen
1:01-CV-285-M-D

Before KING, Chief Judge, and HIGGINBOTHAM and DAVIS, Circuit
Judges.

PER CURIAM:[*]

    The district court correctly held that the sexual harassment
claim of Plaintiff-Appellee Patricia Mitchell was not time-barred
as Mitchell introduced sufficient evidence of related
discriminatory acts within the statutory period.  Further,
sufficient evidence supports the jury verdict on Mitchell's
sexual harassment and retaliation claims and the amount of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

emotional distress damages found by the jury, and the district court did not err in denying Defendant-Appellant Genlyte Thomas Group, LLC's motion for judgment as a matter of law as to these verdicts. Finally, the district court correctly reconciled the jury's verdicts on Mitchell's failure to promote claim.

The judgment of the district court is AFFIRMED. Costs shall be borne by Genlyte.